# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

                                          ORDER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | |
| Juan Francisco Soto-Tovar | § | 1:05-CR-262 |

## ORDER GRANTING MOTION FOR CONTINUANCE

On this the 19th day of May, 2005, an Oral Motion for Continuance was considered by the Court. There being no opposition to the continuance, the Court, after reviewing the Motion, is of the opinion that good cause being shown, the Motion should be and is hereby **GRANTED.**

The new scheduling dates are as follows:

| | |
|---|---|
| Motions are due: | June 10, 2005 |
| Responses are due: | July 01, 2005 |
| Motion Hearing: | July 20, 2005 at 9:00 A.M. |
| | Before Judge Felix Recio |
| Pre-Trial Conference: | July 26, 2005 at 1:30 P.M. |
| Jury Selection: | August 08, 2005 at 9:00 A.M. |

DONE at Brownsville, Texas, this 19th day of May, 2005.

_____
Felix Recio
United States Magistrate Judge